UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **IMPERIAL HEALTH, LLP**<br>Plaintiff | CIVIL CASE NO. 2:22-cv-3164 |
| versus | JUDGE JAMES D. CAIN |
| **ZURICH AMERICAN INSURANCE COMPANY**<br>Defendant | MAGISTRATE JUDGE CAROL B. WHITEHURST |

### ORDER OF DISMISSAL

Considering the foregoing Rule 41(a) Request for Court-Ordered Dismissal,

IT IS ORDERED that the claims filed on behalf of **IMPERIAL HEALTH, LLP** are hereby dismissed, with prejudice, with each party to bear its own costs and expenses.

THUS DONE AND SIGNED in Chambers this 26th day of September, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE